632 A.2d 307

Clare W. McCLELLAN, Appellant,

v.

PENNSYLVANIA STATE POLICE, Appellee.

Supreme Court of Pennsylvania.

Submitted March 8, 1993.

Decided Nov. 1, 1993.

Clare W. McClellan, pro se, McDonald, for appellant.

Michael S. Sherman, Pennsylvania State Police, Harrisburg, for appellee.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM.

The Order of the Commonwealth Court is affirmed.